IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

vs.                                          Case Nos.:   3:10cr80/RV/EMT
                                                         3:13cv471/RV/EMT

ROGELIO MUNOZ-MORALES

_____/

# O R D E R

This cause comes on for consideration upon the chief magistrate judge's

Report and Recommendation dated July 11, 2016 (ECF No. 73).  The parties have

been furnished a copy of the Report and Recommendation and have been afforded

an opportunity to file objections pursuant to Title 28, United States Code, Section

636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined that

the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.      The chief magistrate judge's Report and Recommendation is adopted

and incorporated by reference in this order.

2.      The motion to vacate, set aside, or correct sentence (ECF No. 47) is

**GRANTED** as to Ground One, but only to the extent that Defendant should be

granted a new sentencing hearing at which the issue of whether he is a career offender

under U.S.S.G. § 4B1.1 should be considered anew.  Within **twenty-one (21) days** from the date of this order, the U.S. Probation Office shall prepare a supplemental addendum to the Presentence Investigation Report including amended guidelines calculations, and provide same to the parties *and the court*.  The entire PSR, including the supplemental addendum, shall be docketed under seal in this case.  The parties shall have **fourteen (14) days** to notify the court and the Probation Office of any objections to the revised calculations.

3.      The motion to vacate, set aside or correct sentence (ECF No. 47) is **DENIED** as to Grounds Two and Three and that a certificate of appealability as to these claims is **DENIED**.

**DONE AND ORDERED** this 17th day of August, 2016.


/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:10cv80/RV/EMT; 3:13cv471/RV/EMT